(September 25, 1967)

In the Matter of RUDOLPH U. JOHNSON, Respondent, v. JOHN P. LOMENZO, as Secretary of State, Appellant.— *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam.*